IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-02306-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2009 CHEVROLET SILVERADO 1500, VIN 3GCEK23M99G132371,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER is before the Court on the United States' Unopposed Motion for Final Order of Forfeiture [ECF No. 10].   After careful consideration of the motion [ECF No. 10] and the case file, I find that:

(1) the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881(a)(4);

(2) all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

(3) sole claimant Julissa Soto, proceeding *pro se*, filed a Claim [ECF No. 8] to defendant, 2009 Chevrolet Silverado 1500, VIN 3GCEK23M99G132371;

(4) no other claims to the defendant 2009 Chevrolet Silverado 1500, VIN 3GCEK23M99G132371, have been filed;

(5) the United States and sole claimant Julissa Soto have reached a settlement in

this case, and have filed a Settlement Agreement [ECF No. 10-1] with the Court resolving all issues in dispute;

(6) upon agreement of the parties, claimant Julissa Soto agrees to forfeit to the United States, defendant 2009 Chevrolet Silverado 1500, VIN 3GCEK23M99G132371, pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement [ECF No. 10-1];

(7) upon agreement of the parties, after all government costs associated with storage and sale of the Silverado have been paid, the United States will retain $10,000.00 of the net proceeds, and return to Claimant Soto any remaining net proceeds, if any; and,

(8) there is cause to issue a forfeiture order under 21 U.S.C. § 881.

As such, it is

ORDERED that judgment of forfeiture of defendant, 2009 Chevrolet Silverado 1500, VIN 3GCEK23M99G132371, **SHALL ENTER IN FAVOR OF** the United States. It is

FURTHER ORDERED that the United States **SHALL HAVE FULL AND LEGAL TITLE** to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the Settlement Agreement [ECF No. 10-1]. It is

FURTHER ORDERED that a Certificate of Reasonable Cause, which this Order

Case 1:13-cv-02306-WYD   Document 11   Filed 03/28/14   USDC Colorado   Page 3 of 4

constitutes, is **GRANTED** as to defendant, 2009 Chevrolet Silverado 1500, VIN 3GCEK23M99G132371, pursuant to 28 U.S.C. § 2465.

Dated: March 28, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior U.S. District Judge